DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Thai<br><br>Case below:<br>175 N.C. App. 249 | No. 007P06 | 1. AG's Motion for Temporary Stay (COA05-347) | 1. Allowed<br>**360 N.C. 295** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Allowed<br>12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed<br>12/19/06 |
| State v. Walker<br><br>Case below:<br>167 N.C. App. 110 | No. 016P05-2 | 1. AG's Motion for Temporary Stay (COA03-1426) | 1. Allowed<br>**360 N.C. 76**<br><br>Stay dissolved<br>12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied<br>12/19/06 |
| | | 3. AG's PWC to Review Order of COA | 3. See Special<br>Order Page 160 |
| State v. Watts<br><br>Case below:<br>172 N.C. App. 58 | No. 449P05 | 1. AG's Motion for Temporary Stay (COA04-874) | 1. Allowed<br>Pending<br>Determination<br>of the State's<br>PDR<br>**360 N.C. 77**<br><br>Stay dissolved<br>12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied<br>12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. See Special<br>Order Page 161 |
| | | 4. Def's Cross Petition for Discretionary Review Under N.C.G.S. § 7A-31 | 4. Denied<br>12/19/06 |
| State v. Webb<br><br>Case below:<br>172 N.C. App. 594 | No. 450P05 | 1. AG's Motion for Temporary Stay (COA04-103) | 1. Allowed<br>**360 N.C. 77**<br><br>Stay dissolved<br>12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied<br>12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. See Special<br>Order Page 162 |